UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUTH AND DAN LIEBOLD AS | * | CIVIL ACTION NO. |
| PERSONAL REPRESENTATIVE OF | * | |
| THE ESTATE OF DECEDENT, | * | SECTION |
| KYLE LIEBOLD | * | |
| | * | JUDGE |
| VERSUS | * | |
| | * | MAGISTRATE |
| ALABAMA GREAT SOUTHERN | * | |
| RAILWAY COMPANY | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint for Damages of RUTH AND DAN LIEBOLD, as personal representative of the estate of Decedent, Kyle Liebold, with respect represents:

1.

Named Defendant herein is ALABAMA GREAT SOUTHERN RAILWAY COMPANY, (hereinafter "AGS"), a company engaged in ownership and operation of a railroad and interstate commerce authorized to do and doing business in this state and judicial district at all material times.

### FOR A FIRST CAUSE OF ACTION

2.

At all material times, Decedent, Kyle Liebold, was employed by AGS as a terminal trainmaster in New Orleans, Louisiana within the intendment of the Federal Employers' Liability Act, 45 U.S.C. § 51, et seq.

3.

On or about February 20, 2016 at approximately 6:10 a.m., AGS train number 298 struck and killed Decedent on main track 2 at mile post 186 of the Alabama Division, NE Subdivision, in New Orleans, Louisiana.

4.

The above-described incident and resulting death of Decedent, Kyle Liebold, was caused by the fault and negligence of Defendant, AGS.

5.

RUTH AND DAN LIEBOLD, the biological parents of Decedent, Kyle Liebold, have been duly appointed personal representatives of the Decedent's estate and seek all damages to which they are entitled pursuant to 45 U.S.C. § 51, et. seq. in an amount to be determined in this proceeding.

6.

Jurisdiction over this first cause of action against the aforesaid Defendant is based upon the Federal Employers' Liability Act, 45 U.S.C. § 51, et seq.

7.

Plaintiffs are entitled to and hereby demand a trial by jury on all claims and causes of action brought herein and to be brought by way of amended and/or supplemental complaint.

**WHEREFORE**, Plaintiffs, RUTH AND DAN LIEBOLD, as personal representative of the estate of Decedent, Kyle Liebold, pray for judgment in his favor and against Defendant, ALABAMA GREAT SOUTHERN RAILWAY COMPANY, be duly cited and served with a copy of this complaint and after due proceedings had there be judgment rendered herein in favor of Plaintiffs and against Defendant in an amount sufficient to adequately compensate Plaintiffs for damages together with legal interest thereon from date of judicial demand until paid, for all costs of

this suit and for all additional general and equitable relief to which Plaintiffs may be entitled herein.

                Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
JESSICA IBERT (#33196)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
Sterbcow@lksalaw.com
jibert@lksalaw.com

        and

/s/ Benjamin B. Saunders
BENJAMIN B. SAUNDERS (#11733)
JOSEPH M. MILLER (#30636)
Davis, Saunders, Miller and Oden, PLC
400 Mariner's Plaza Drive, Suite 401
Mandeville, Louisiana 70448
Telephone: (985) 612-3070
Facsimile: (985) 612-3072
bensaunders@davissaunders.com
jmiller@davissaunders.com

ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE:**

**ALABAMA GREAT SOUTHERN RAILWAY COMPANY**
Through its registered agent:
Ben Slater, III
Akerman, LLP
601 Poydras Street, Suite 2200
New Orleans, LA 70130

3